B. F. THOMPSON v. EDWARD STONE *et al.* No. 12,165. (64 Pac. 969.) Error from Kingman district court. Opinion filed May 11, 1901. Division two. *Reversed.* Geo. L. Hay, for plaintiff in error. John E. Lydecker, for defendants in error.

D. M. OSBORNE & Co. v. PETER GITZENHOFFER. No. 12,166. (64 Pac. 1112.) Error from Sedgwick district court. Opinion filed May 11, 1901. Division two. *Affirmed.* Adams & Adams, for plaintiffs in error. Amidon & Conly, for defendant in error.

THE LEHMAN-HIGGINSON GROCER COMPANY v. JAMES McCLAIN, *as Constable, et al.* No. 12,167. (64 Pac. 1029.) Error from Cowley district court. Opinion filed May 11, 1901. Division two. *Affirmed.* Hackney & Lafferty, for plaintiff in error. McDermott & Johnson, J. E. Torrance, and G. H. Buckman, for defendants in error.

THE MISSOURI PACIFIC RAILWAY COMPANY v. G. W. MAYBERRY. No. 12,168. (64 Pac. 989.) Error from Sedgwick district court. Opinion filed May 11, 1901. Division two. *Affirmed.* J. H. Richards, C. E. Benton, and D. Smyth, for plaintiff in error. H. M. DuBois, and O. H. Keach, for defendant in error.

G. T. LACKEY *et al.* v. MARY D. WILSON *et al.* No. 12,174. (64 Pac. 978.) Error from Reno district court. Opinion filed May 11, 1901. Division two. *Affirmed.* Geo. A. Vandeveer, and C. F. Foley, for plaintiffs in error. H. Whiteside, and Hettinger Bros., for defendants in error.

GARWOOD H. ATWOOD v. VOLUNTINE COMBEST *et al.* No. 12,176. (64 Pac. 1112.) Error from Barber district court. Opinion filed May 11, 1901. Division two. *Affirmed.* Bentley & Hatfield, for plaintiff in error. Herrick & Rogers, for defendants in error.

H. P. FARRER v. PEOPLE'S TRUST COMPANY. No. 12,177. (64 Pac. 1031.) Error from Cowley district court. Opinion filed May 11, 1901. Division two. *Affirmed.* J. Mack Love, for plaintiff in error. Chas. L. Brown, for defendant in error.

V. HAWKINS v. JOHN W. SKINNER, *as Sheriff, et al.* No. 12,182. (64 Pac. 969.) Error from Cowley district court. Opinion filed May 11, 1901. Division two. *Affirmed.* Chas. L. Brown, and Stanley, Vermilion & Evans, for plaintiff in error. Hackney & Lafferty, for defendants in error.

CHAS. F. ORTHWEIN *et al.* v. J. C. ELRIN. No. 12,183. (64 Pac. 1115.) Error from Harper district court. Opinion filed May 11, 1901. Division two. *Affirmed.* E. C. Wilcox, for plaintiffs in error. H. Llewelyn Jones, for defendant in error.

D. M. OSBORNE & Co. v. A. GRAFF. No. 12,185. (64 Pac. 1113.) Error from Sumner district court. Opinion filed May 11, 1901. Division two. *Affirmed.* C. E. Elliott, for plaintiffs in error. W. W. Schwinn, for defendant in error.

JOHN R. HARMON v. T. L. HILL. No. 12,186. (64 Pac. 1114.) Error from Cowley district court. Opinion filed May 11, 1901. Division two. *Affirmed.* J. E. Torrance, and C. T. Atkinson, for plaintiff in error. C. L. Swarts, for defendant in error.